THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE BIRGE, JR., Defendant-Appellant.

(No. 59209;

First District (5th Division)—June 7, 1974.

PER CURIAM.

Paul Bradley and Howard B. Augustus, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Lorence H. Slutzky, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* THOMAS A. NEUMANN, Defendant-Appellant.

(No. 59157;

First District (5th Division)—February 22, 1974.

*Opinion on rehearing filed June 7, 1974.*

Thomas J. Boodell, Jr., and Lawrence M. Gavin, both of Boodell, Sears, Sugrue, Giambalvo & Crowley, of Chicago, for appellant.